UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ELENA BECERRA, and JACOB PERRIRAZ, individuals,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation,<br><br>　　　　　　　　　　　Defendant. | Case No.: 3:23-cv-00642-H-KSC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 11] |

On September 7, 2023, the parties filed the present joint motion to dismiss the action in its entirety pursuant to Federal Rule of Civil Procedure § 41(a)(1)(A)(ii). (Doc. No. 11.) For good cause shown, the Court grants the joint motion and dismisses the action with prejudice, each side to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: October 5, 2023

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT